IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02974-REB

HUNGRY HORSE LLC, a New Mexico limited liability company,

    Plaintiff,

v.

E LIGHT ELECTRIC SERVICES, INC., a Colorado corporation,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Denying Motion to Vacate Arbitration Award** [#9] entered by Judge Robert E. Blackburn on September 25, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Vacate Arbitration Award** [#5] filed November 13, 2012, is **DENIED**;

2. That **JUDGMENT IS ENTERED** in favor of the defendant, E Light Wind and Solar, Inc., a Colorado corporation, against the plaintiff, Hungry Horse, LLC, a New Mexico limited liability company, on the plaintiff's motion to vacate the arbitration award; and

3. That the defendant is **AWARDED** its costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 25th day of September, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen S. Finney
       Kathleen S. Finney
       Deputy Clerk